NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ (Cal. Bar No. 229637)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0015
    E-mail: valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 15, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW BAUM,<br><br>    Defendant. | No. 2:18-cv-00805-VAP-SK<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Hon. Virginia A. Phillips |

Based on the stipulation of the parties, **IT IS HEREBY ORDERED:**

1. Judgment is entered in favor of the United States of America and against defendant Andrew Baum for unpaid FBAR penalty liabilities pursuant to 31 U.S.C. § 5321(a)(5) for the 2009 calendar year in the amount of $334,577.44, plus interest, penalties (including the late payment penalty pursuant to 31 U.S.C. § 3717(e)(2) and interest on this penalty), and other statutory additions as provided by law, accruing after June 1, 2017;
2. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 15, 2018

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE